• Sender: Please print your name, address, and ZIP+4 in this box •

**UNITED STATES DISTRICT COURT**
324 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

CR 98-108-01 #133
(1:01-732) HJW

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christopher Alsop #03078-061
FCI Beckley
POB 350
Beaver, WV.
25813

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): D-Simps
C. Date of Delivery: 8-3-04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0008 6348 7851

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540