# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

CHRISTOPHER ALSOP,

    Movant,

-vs-                              Case No.    C-1-01-732

UNITED STATES OF AMERICA,

    Respondent,

## JUDGMENT IN A CIVIL CASE

|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| x | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

That Movant's Motion for Vacation of Sentence is hereby DENIED.
This case is hereby Terminated on the docket of this Court.

Date:   July 30, 2004                                  JAMES BONINI., CLERK

                                                                    By:s/   Darlene Maury
                                                                    Darlene Maury, Deputy Clerk

Case 1:01-cv-00732-HJW     Document 3     Filed 07/30/2004     Page 2 of 2