01-00732

~~Cincinnati~~

Weber

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

cc

04-4077

William K. Suter
Clerk of the Court
(202) 479-3011

February 1, 2006

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

FILED
FEB 3 2006
LEONARD GREEN, Clerk

06 FEB -7 PM 4:02

Re:   Christopher Alsop
      v. United States
      No. 05-8942
      (Your No. 04-4077)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 19, 2006 and placed on the docket February 1, 2006 as No. 05-8942.

Sincerely,

William K. Suter, Clerk

by Heather Trant
Heather Trant
Case Analyst