01- 00732
Cincinnati
Weber

**Supreme Court of the United States**
**Office of the Clerk**
Washington, DC 20543-0001   LL    04-4077

RECEIVED
MAR 9 2006

February 27, 2006

William K. Suter
Clerk of the Court
(202) 479-3011

FILED
MAR - 9 2006
LEONARD GREEN, Clerk

Clerk GREEN, Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

FILED
JAMES BONINI
CLERK
06 MAR 16 PM 4:07

Re:  Christopher Alsop
     v. United States
     No. 05-8942
     (Your No. 04-4077)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter, Clerk**